UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BYRON LEWIS BLACK | ) | |
| | ) | |
| v. | ) | NO. 3:00-0764 |
| | ) | JUDGE CAMPBELL |
| | ) | DEATH PENALTY CASE |
| RICKY BELL | ) | |

## ORDER

The Court held a status conference in this case on March 12, 2012. On or before June 18, 2012, the parties shall file simultaneous briefs on the issue of whether the Sixth Circuit decision remanding this case requires or permits the Court to hold an evidentiary hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE